**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

CARL AMBURN, JR.
REG. #15932-045                                                                                         PETITIONER

VS.                                          2:05CV00294 WRW/JTR

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                                        RESPONDENT

**ORDER**

Petitioner, who is currently incarcerated at the Federal Correctional Institute located in Forrest City, Arkansas, has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (Docket entry #1.)  The Court did not order service of the Petition because Petitioner neither paid the $5.00 filing fee nor filed an Application to Proceed *In Forma Pauperis*.  (Docket entry #2.)

Petitioner has now paid the filing fee (docket entry #4), and the Court will, therefore, order service of the Petition.

IT IS THEREFORE ORDERED THAT:

1.        The Clerk of the Court is directed to serve a copy of the habeas Petition (docket entry #1) and this Order on Respondent and the United States Attorney by mail.

2.        Respondent shall file a responsive pleading **within twenty (20) days** of service.

Dated this 4th day of January, 2006.

_____
UNITED STATES MAGISTRATE JUDGE